**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1825**

_____

RALEIGH ANDERSON,

          Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

          Defendant – Appellee,

    and

SOCIAL SECURITY ADMINISTRATION; GEORGE MCCONNELL,

          Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:15-cv-00003-JLK-RSB)

_____

Submitted: November 17, 2015     Decided: November 19, 2015

_____

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Raleigh Anderson, Appellant Pro Se. Kartic Padmanabhan, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Anderson appeals the district court's order dismissing his complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Anderson's informal brief does not challenge the bases for the district court's disposition, Anderson has forfeited appellate review of the court's order. Accordingly, we grant Anderson's motion to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED